GRACE YANG (CA Bar No. 286635)
WILLIAM J. COOPER (CA Bar No. 304295)
MADISON BOWER (CA Bar No. 342786)
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:   (415) 343-7101
Email: gyang@conmetkane.com
       wcooper@conmetkane.com
       mbower@conmetkane.com

*Attorneys for ANTHROPIC PBC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REBECCA TRINIDAD,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHROPIC PBC,<br><br>    Defendant. | CASE NO. 3:25-CV-06883-SK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS** |

# [PROPOSED] ORDER

Defendant Anthropic PBC's Motion to Dismiss and Request for Judicial Notice in Support thereof came on for hearing on October 20, 2025 at 9:30 a.m., before the Honorable Sallie Kim in Courtroom C of the above-entitled Court.

After full consideration of the papers in support of and in opposition to the Motion and Request for Judicial Notice, the parties' arguments, and all other matters presented, and good cause appearing therefrom, the Court hereby orders as follows:

Anthropic's Request for Judicial Notice is GRANTED.

Anthropic's Motion to Dismiss is GRANTED.

Plaintiff Rebecca Trinidad's Complaint is DISMISSED for lack of federal subject-matter jurisdiction, without leave to amend.

**IT IS SO ORDERED.**

DATED: _____

HON. SALLIE KIM
UNITED STATES MAGISTRATE JUDGE