UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA TRINIDAD,<br>        Plaintiff,<br>    v.<br>ANTHROPIC PBC,<br>        Defendant. | Case No. 25-cv-06883-SK<br><br>**JUDGMENT** |

Pursuant to the Court's Order granting Defendant's motions to dismiss, judgment is hereby entered in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 12, 2025

*Sallie Kim*
SALLIE KIM
United States Magistrate Judge